UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CRAIG WILLIAMS, JR., <br><br> Petitioner, <br> v. <br> DERRAL ADAMS, Warden, <br><br> Respondent. | ) CV 05-5150-PA (SH) <br> ) <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: December 15, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE